**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
FERNANDO VASQUEZ MARTINEZ *individually and on behalf of others similarly situated,*

*Plaintiffs*,

-against-

RAMALES GRILL DELI CORP. (d/b/a RAMALES GRILL DELI), JOSE RAMALES, ISAAC RAMALES, AND DAVID RAMALES

*Defendants,*
---------------------------------------------------------------X

Civil Action No. 1:25-cv-01662-JPO

**JUDGMENT**

## JUDGMENT

On July 20, 2026, Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, Fernando Vasquez Martinez, has judgment against Ramales Grill Deli Corp. (D/B/A Ramales Grill Deli), Jose Ramales, Isaac Ramales, and David Ramales, jointly and severally, in the amount of Thirty-Seven Thousand Dollars and Zero Cents ($37,000.00), which is inclusive of attorneys' fees and costs.

Dated: New York, New York
July 21, 2026

J. PAUL OETKEN
United States District Judge